# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| Oscar Daniel Navarro Acosta, | ) Case No. 17-338MJ |
| a.k.a.: Oscar Navarro-Acosta, | ) |
| (A088 669 070) | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 18, 2017 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Oscar Daniel Navarro Acosta, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about March 7, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Ryan Goldstein

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 21, 2017

_____
*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 18, 2017, while following a lead, officers with the Phoenix ICE Fugitive Operations (FOT) team encountered Oscar Daniel Navarro Acosta at the Verde Vista apartment complex, in Phoenix, Arizona. At the scene, FOT Officer T. Casciato interviewed Navarro Acosta and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Navarro Acosta was transported to the Phoenix ICE office for further investigation and processing. Navarro Acosta was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Oscar Daniel Navarro Acosta to be a citizen of Mexico and a previously deported criminal alien. Navarro Acosta was removed from the United States to Mexico through Del Rio, Texas, on or about March 7, 2015, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Navarro Acosta in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

of Homeland Security to return to the United States after his removal. Navarro Acosta's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Oscar Daniel Navarro Acosta was convicted of Transportation of Illegal Aliens for Profit, a felony offense, on September 4, 2014, in the United States District Court, District of Arizona. Navarro Acosta was sentenced to nine (9) months' imprisonment and three (3) years' supervised release. Navarro Acosta's criminal history was matched to him by electronic fingerprint comparison.

5. On August 18, 2017, Oscar Daniel Navarro Acosta was advised of his constitutional rights. Navarro Acosta freely and willingly agreed to provide a statement under oath. Navarro Acosta stated that his true and complete name is Oscar Daniel Navarro Acosta and that he is a citizen of Mexico. Navarro Acosta stated that he illegally entered the United States "hace Como 8 Meses," through Nogales, without inspection by an immigration officer. Navarro Acosta further stated that he had been removed from the United States to Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 18, 2017, Oscar Daniel Navarro Acosta, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about March 7, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 21st day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge